Jon P. Stride, OSB #903887
  Direct Dial:  503.802.2034
  Fax:  503.972.3734
  Email:  jon.stride@tonkon.com
Eric Beach, OSB #105783
  Direct Dial:  503.802.2182
  Fax:  503.972.3882
  Email:  eric.beach@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
         Attorneys for Defendant Garmin International, Inc.

*(Additional counsel for defendant continued on signature page)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EUGENE DIVISION**

| | |
|---|---|
| **BURRIS COMPANY, INC.**, a Delaware corporation**,**<br><br>         Burris,<br><br>         v.<br><br>**GARMIN INTERNATIONAL, INC**., a Kansas corporation,<br><br>         Defendant. | Civil No. 6:18-cv-00700-AA<br><br>**GARMIN'S NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW** |

Defendant Garmin International, Inc. ("Garmin") files this Notice of Filing for *Inter Partes* Review to alert the Court that on Tuesday, May 29, 2018, Garmin filed petition No. IPR2018-001137 with the Patent Trial and Appeal Board (the "Board") requesting the review of claims 1-2, 4-5, 7-9, 12-13, and 20-26 of asserted U.S. Patent No. 8,316,551 ("the '551 patent"). *See* Exhibit A. Garmin's IPR petition asserts that the petitioned claims in the '551

patent are invalid in view of U.S. Patent No. 5,914,775 to Hargrove ("the Browning patent") and other prior art references. The Board will decide whether to institute review of the petitioned claims within six months. 37 C.F.R. § 42.107(b) (providing patent owner with up to three months to file an optional preliminary response); 35 U.S.C. § 314(b) (requiring the Board to decide whether to institute review within three months of the preliminary patent owner response). The Board will issue a final written decision on Garmin's IPR petition within one year after institution. 35 U.S.C. § 316(a)(11). Finally, if Garmin's IPR is instituted, Garmin may seek a stay of this litigation pending issuance of the final written decision on the invalidity of the claims.

Dated this 30th day of May, 2018.

TONKON TORP LLP

By: */s/ Jon P. Stride*
Jon P. Stride, OSB #903887
Email: jon.stride@tonkon.com
Eric Beach, OSB #105783
Email: eric.beach@tonkon.com
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
Main Telephone: 503.221.1440

SHOOK, HARDY & BACON, L.L.P.
B. Trent Webb (admitted *pro hac vice*)
Aaron E. Hankel (admitted *pro hac vice*)
Ryan J. Schletzbaum (admitted *pro hac vice*)

Attorneys for Defendant Garmin International, Inc.

*Additional counsel for defendant continued from page 1*:

B. Trent Webb (admitted *pro hac vice*)
  Direct Dial: 816.559.2320
  Fax: 816.421.5547
  Email: bwebb@shb.com

PAGE 2 - GARMIN'S NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW

Aaron E. Hankel (admitted *pro hac vice*)
  Direct Dial:  816.559.2567
  Fax:  816.421.5547
  Email:  ahankel@shb.com
Ryan J. Schletzbaum (admitted *pro hac vice*)
  Telephone:  816.474.6550
  Fax:  816.421.5547
  Email:  rschletzbaum@shb.com
Jordan T. Bergsten (admitted *pro hac vice*)
  Direct Dial:  816.559.0337
  Fax:  816.421.5547
  Email:  jbergsten@shb.com
SHOOK HARDY & BACON L.L.P.
2555 Grant Boulevard
Kansas City, MO 64108

039861/00001/9030021v1

PAGE 3 -  GARMIN'S NOTICE OF FILING OF PETITION FOR *INTER PARTES* REVIEW