Timothy S. DeJong, OSB No. 940662
Email: tdejong@stollberne.com
STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. Oak Street, Suite 500
Portland, Oregon 97204
Telephone: (503) 227-1600
Facsimile: (503) 227-6840
  Attorneys for Plaintiff Burris Company, Inc.
*(Additional counsel for plaintiff continued on signature page)*

Jon P. Stride, OSB #903887
 Direct Dial:  503.802.2034
 Fax:  503.972.3734
 Email:  jon.stride@tonkon.com
Eric Beach, OSB #105783
 Direct Dial:  503.802.2182
 Fax:  503.972.3882
 Email:  eric.beach@tonkon.com
TONKON TORP LLP
888 SW Fifth Avenue
Suite 1600
Portland, OR 97204
  Attorneys for Defendant Garmin International, Inc.
*(Additional counsel for defendant continued on signature page)*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **BURRIS COMPANY, INC.**, a Delaware corporation**,**<br><br>  Plaintiff,<br><br>  v.<br><br>**GARMIN INTERNATIONAL, INC.**, a Kansas corporation,<br><br>  Defendant. | Civil No. 6:18-cv-00700-AA<br><br>**JOINT STATUS REPORT REGARDING INTER PARTES REVIEW** |

Page 1 -   JOINT STATUS REPORT REGARDING INTER PARTES REVIEW

On March 20, 2019, the Court granted Defendant Garmin International Inc.'s ("Garmin") Unopposed Motion to Stay Pending *Inter Partes* Review of the patent at issue in this case and ordered the parties to file a Joint Status Report within 30 days of a final decision from the U.S. Patent Office. (D.E. 84.)

Plaintiff Burris Company, Inc. ("Burris") and Garmin write to advise the Court that, on December 9, 2019, the United States Patent Trial and Appeal Board ("PTAB") issued a final written decision, finding claims 1, 2, 4, 5, 7-9, 12, 13, and 20-26 of U.S. Patent No. 8,316,551 ("the '551 Patent") unpatentable. A copy of the PTAB's decision is attached as Exhibit A. Burris does not allege that Garmin infringes any other claims of the '551 Patent.

Garmin's position is that the PTAB's decision ends this litigation. However, the time for the patent owner, Wisconsin Archery Products LLC ("WAP"), to appeal the PTAB's decision to the United States Court of Appeals for the Federal Circuit has not yet passed. The parties have conferred and it is uncertain at this time whether WAP will appeal. The parties do not believe that any further action is required by the Court at this time, but request that the stay remain in place until a final, non-appealable decision on the IPR is issued or until the time for appeal has passed. The parties will submit a Joint Status Report within 30 days of either event.

DATED: January 8, 2020.

| **STOLL STOLL BERNE LOKTING & SHLACHTER P.C.** | **TONKON TORP LLP** |
|---|---|
| By: */s/ Timothy S. DeJong*<br>Timothy S. DeJong, OSB No. 940662<br>Email: tdejong@stollberne.com<br>209 SW Oak Street, Suite 500<br>Portland, OR 97204<br>Telephone: (503) 227-1600<br>Facsimile: (503) 227-6840 | By: */s/ Jon P. Stride*<br>Jon P. Stride, OSB #903887<br>Email: jon.stride@tonkon.com<br>Eric Beach, OSB #105783<br>Email: eric.beach@tonkon.com<br>888 SW Fifth Avenue<br>Suite 1600<br>Portland, OR 97204<br>Main Telephone: (503) 221-1440 |
| –And– | –And– |
| Peter A. Gergely (pro hac vice)<br>Email: pgergely@merchantgould.com | |

Page 2 -   JOINT STATUS REPORT REGARDING INTER PARTES REVIEW

Ryan J. Fletcher (pro hac vice)
Email: rfletcher@merchantgould.com
**MERCHANT & GOULD P.C.**
1801 California St., Suite 3300
Denver, CO 80202
Telephone: (303) 357-1670
Facsimile: (612) 332-9081

–And–

Paige S. Stradley(pro hac vice)
Email: pstradley@merchantgould.com
**MERCHANT & GOULD P.C**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Attorneys For Plaintiff

B. Trent Webb (admitted pro hac vice)
Email:  bwebb@shb.com
Aaron E. Hankel (admitted pro hac vice)
Email:  ahankel@shb.com
Ryan J. Schletzbaum (admitted pro hac vice)
Email:  rschletzbaum@shb.com
Jordan T. Bergsten (admitted pro hac vice)
Email:  jbergsten@shb.com
**SHOOK HARDY & BACON L.L.P.**
2555 Grant Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547

Attorneys for Defendant

039861/00001/10692403v1